UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 98-7828

JEAN-CLAUDE RINEHART,

Plaintiff - Appellant,

versus

JOEL H. BREWER, Person County District At-
torney; PERSON COUNTY SHERIFF'S DEPARTMENT;
GAIL SHULL, Detective, Person County Sheriff's
Department,

Defendants - Appellees.

Appeal from the United States District Court for the Middle Dis-
trict of North Carolina, at Durham. N. Carlton Tilley, Jr., Dis-
trict Judge. (CA-97-713-1)

Submitted: February 25, 1999      Decided: March 10, 1999

Before HAMILTON, WILLIAMS, and MICHAEL, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jean-Claude Rinehart, Appellant Pro Se. Mark John Pletzke, OFFICE
OF THE ATTORNEY GENERAL OF NORTH CAROLINA, Raleigh, North Carolina;
Keith David Burns, FAISON & GILLESPIE, Durham, North Carolina, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Jean-Claude Rinehart appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 1998) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Rinehart v. Brewer, No. CA-97-713-1 (M.D.N.C. Nov. 6, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED